UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FRAIBER E. MARTINEZ VAZQUEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN *et al.*,<br><br>Respondents. | CAUSE NO. 3:26cv991 DRL-SJF |

ORDER

Fraiber E. Martinez Vazquez, by counsel, asks the court to dismiss his habeas petition and close this case. In his habeas petition, Mr. Martinez Vazquez argued his mandatory detention under 8 U.S.C. § 1225(b)(2) violated his constitutional rights. In his motion to dismiss, he asserts he is now subject to a removal order, which materially changed the circumstances underlying his challenge to his detention and he no longer seeks adjudication of his habeas petition at this time. He requests that the court dismiss his habeas petition without prejudice and close this case.

For these reasons, the court DISMISSES without prejudice Mr. Martinez Vazquez's petition for a writ of habeas corpus (ECF 1) and DIRECTS the clerk to close this case.

SO ORDERED.

September 25, 2026

*s/ Damon R. Leichty*
Judge, United States District Court